BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant LINDER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 4- 07-70148-WDB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE STATUS HEARING RE: |
| | ) | SUPERVISED RELEASE VIOLATION |
| JONATHAN LINDER | ) | |
| | ) | Date:   April 23, 2007 |
| Defendant. | ) | Time:   10:00 a.m. |
| | ) | Court:  Hon. Wayne D. Brazil |
| | | U.S. Magistrate Judge |

Defendant Jonathan Linder and the government, through counsel, hereby stipulate and request that the status hearing currently set for Monday, April 23, 2007, at 10:00 a.m. be continued until Monday, May 7, 2007, at 10:00 a.m. The parties request this continuance because, at this time, the transfer of Mr. Linder's supervised release from the Southern District of California has been initiated but not yet been completed. Defense counsel has confirmed with the prosecutor in the Southern District that Mr. Linder's case was taken off calendar in that district. Defense counsel has also learned from the probation officer in the Southern District that there was some delay in initiating the transfer due to that officer's absence from the office, but that transfer

1   proceedings are now underway.

2   SO STIPULATED.

3   Dated:    April 19, 2007                      /S/

4                                       HILARY A. FOX
                                      Attorney for Defendant LINDER

5

  SO STIPULATED.

6

  Dated:  April 19, 2007                      /S/

7                                       MAUREEN BESSETTE
8                                     Assistant United States Attorney

9

                             SIGNATURE ATTESTATION

10     I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled

11 document

12

13

14                                          **ORDER**

15     Based on the parties' above stipulation, and good cause appearing, it is hereby ORDERED that

16 the status hearing currently set for Monday, April 23, 2007 at 10:00 a.m. is continued to Monday,

17 May 7, 2007 at 10:00 a.m.

18

19 IT IS SO ORDERED.

20

  Dated: April 20, 2007                                               

21                                          WAYNE D. BRAZIL
                                         United States Magistrate Judge

22

23

24

25

26