1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500
   Counsel for Defendant LINDER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 4- 07-70148-WDB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE STATUS HEARING RE: |
| | ) | SUPERVISED RELEASE VIOLATION |
| JONATHAN LINDER | ) | |
| | ) | Date:  May 7, 2007 |
| Defendant. | ) | Time:  10:00 a.m. |
| | ) | Court: Hon. Wayne D. Brazil |
| | | U.S. Magistrate Judge |

Defendant Jonathan Linder and the government, through counsel, hereby stipulate and request that the status hearing currently set for Monday, May 7, 2007, at 10:00 a.m. be continued until Monday, May 21, 2007, at 10:00 a.m. The parties request this continuance because, at this time, the transfer of Mr. Linder's supervised release from the Southern District of California has been initiated but not yet been completed. The Probation Office in our district only received the transfer request from the Southern District very recently and thus it will not be possible for this office to review the request and have all transfer paperwork completed by May 7. For this reason,

- 1 -

1 the parties agree that another brief continuance is warranted.

2 SO STIPULATED.

3 Dated:     May 4, 2007                              /S/
                                                                   
4                                     HILARY A. FOX
                                      Attorney for Defendant LINDER

5 SO STIPULATED.

6 Dated:     May 4, 2007                              /S/

7                                     MAUREEN BESSETTE
8                                     Assistant United States Attorney

9 

                                  <u>SIGNATURE ATTESTATION</u>

10     I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document

11

12

13                                     **ORDER**

14     Based on the parties' above stipulation, and good cause appearing, it is hereby ORDERED that

15 the status hearing currently set for Monday, May 7, 2007 at 10:00 a.m. is continued to Monday,

16 May 21, 2007 at 10:00 a.m.

17

18 IT IS SO ORDERED.

19

20 Dated: May 4, 2007                              WAYNE D. BRAZIL
                                              United States Magistrate Judge

21

22

23

24

25

26